[No. 14856-1-II.    Division Two.    March 21, 1994.]

WHEELER DOTSON, *Appellant*, v. PEMCO INSURANCE
COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-05286-2, Karen G. Seinfeld, J., entered

March 22, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Alexander, J.